The People of the State of New York, Respondent, 
against
Marvin Pridgen, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered February 8, 2011, after a jury trial, convicting him of resisting arrest and disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered February 8, 2011, affirmed.
The court properly denied defendant's challenge for cause to a prospective juror whose initial responses suggested a predisposition to believe police witnesses. Upon the court's inquiry, the prospective juror stated that he could follow the court's instructions to evaluate police testimony like other testimony, and be fair and impartial (see People v Chambers, 97 NY2d 417 [2002]; People v Arnold, 96 NY2d 358, 363 [2001]; People v Dunkley, 61 AD3d 428 [2009], lv denied 12 NY3d 914 [2009]). Given the totality of the prospective juror's responses, his assurances were not rendered equivocal by his use of the phrase "I think" (see People v Chambers, 97 NY2d at 419 [2002]; People v Jacobs, 108 AD3d 411 [2013], lv denied 22 NY3d 1139 [2014]; People v Crawford, 65 AD3d 694, 694 [2009], lv denied 13 NY3d 906 [2009]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT
I concur I concur I concur
Decision Date: December 13, 2016